# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TAKE-TWO INTERACTIVE SOFTWARE, INC., )<br>)<br>Defendant. ) | C.A. No. 24-01087-GBW<br><br>**JURY TRIAL DEMANDED** |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Karim Z. Oussayef, Tamir Packin, Brian D. Matty and William Yau of DESMARAIS LLP, 230 Park Avenue, New York, NY 10169 to represent Plaintiff International Business Machines Corporation in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Malisa C. Dang (#7187)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
mdang@potteranderson.com

Dated: October 3, 2024
11812258

*Attorneys for Plaintiff International Business Machines Corporation*

## **ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> is granted.

Date: _____                                   _____
                                                                        United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 1/1/2024, I further certify that the annual fee of $50.00.

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date:  October 3, 2024                    Signed:  */s/ Karim Z. Oussayef*
                                                    Karim Z. Oussayef
                                                    Desmarais LLP
                                                    230 Park Avenue
                                                    26th Floor
                                                    New York, NY 10169
                                                    Tel: (212) 351-3400
                                                    koussayef@desmaraisllp.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 1/1/2024, I further certify that the annual fee of $50.00.

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: October 3, 2024          Signed: */s/ Tamir Packin*
                               Tamir Packin
                               Desmarais LLP
                               230 Park Avenue
                               26th Floor
                               New York, NY 10169
                               Tel: (212) 351-3400
                               tpackin@desmaraisllp.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 1/1/2024, I further certify that the annual fee of $50.00.

☐    has been paid to the Clerk of the Court

☒    will be submitted to the Clerk's Office upon the filing of this motion

Date:  October 3, 2024                Signed:  */s/ Brian D. Matty*
                                                            Brian D. Matty
                                                            Desmarais LLP
                                                            230 Park Avenue
                                                            26th Floor
                                                            New York, NY 10169
                                                            Tel: (212) 351-3400
                                                            bmatty@desmaraisllp.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 1/1/2024, I further certify that the annual fee of $50.00.

☐   has been paid to the Clerk of the Court

☒   will be submitted to the Clerk's Office upon the filing of this motion

Date: October 3, 2024         Signed: */s/ Williams Yau*
                                      William Yau
                                      Desmarais LLP
                                      230 Park Avenue
                                      26th Floor
                                      New York, NY 10169
                                      Tel: (212) 351-3400
                                      wyau@desmaraisllp.com